Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 73-231-225-232

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC. | No. 3:18-cv-00082-SK |
| Plaintiff, | **NOTICE OF APPEARANCE FOR IP ADDRESS 73.231.225.232** |
| vs. | |
| John Doe subscriber assigned IP address 73.231.225.232 | |
| Defendants. | |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP ADDRESS 73.231.225.232.

DATED this 2nd day of March, 2018.

**THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


By /S/  Steve Vondran
Steven C. Vondran, Esq.
*Attorneys for IP* 73.231.225.232

**ORIGINAL** of the foregoing *e-filed* this 2nd day of March 2018, with:

UNITED STATES DISTRICT COURT

**Chief Magistrate Judge**

**Sallie** Kim

450 Golden Gate Avenue,

San Francisco, CA 94102

**COPY** *mailed* this date to:

Fox Rothschild LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California  90067
**Attn: Lincoln Dee Bandlow, Esq.**
Facsimile:  (310) 556-9828
Email: lbandlow@foxrothschild.com

    Executed on March 2, *2018,* at Balboa Island, California.

                      By:    */s/*    *Lisa Vondran*  _____
                                Lisa Vondran, Assistant